AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| BERNARD F. BURKE | JUDGMENT IN A CIVIL CASE |
| V. | CV-05-4918 DRH |
| COUNTY OF SUFFOLK, NEW YORK; SUFFOLK COUNTY POLICE DEPARTMENT; RICHARD DORMER, COMMISSIONER OF THE SUFFOLK COUNTY POLICE DEPARTMENT; POLICE OFFICER WILLIAM S. ZAMBITO, SUFFOLK COUNTY POLICE DEPARTMENT; POLICE OFFICER KIT GABRIELSON, SUFFOLK COUNTY POLICE DEPARTMENT | |

---------------------------------------------------------------X

X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on April 2, 2009.

     Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court having dismissed plaintiff's tenth cause of action for false arrest and detention on March 30 ,2009 and the jury having returned a verdict for the defendants on the remaining causes

of action,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, BERNARD F. BURKE, take nothing from defendants, COUNTY OF SUFFOLK, NEW YORK; SUFFOLK COUNTY POLICE DEPARTMENT; RICHARD DORMER, COMMISSIONER OF THE SUFFOLK COUNTY POLICE DEPARTMENT; POLICE OFFICER WILLIAM S. ZAMBITO, SUFFOLK COUNTY POLICE DEPARTMENT; POLICE OFFICER KIT GABRIELSON, SUFFOLK COUNTY POLICE DEPARTMENT.

The case is dismissed with prejudice, and the Clerk is directed to close this case.

Dated: April 8, 2009　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　Central Islip, New York　　　　　　　CLERK OF THE COURT
　　　　　　　　　　　　　　　　　　　By: PATRICIA BEST
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk